TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
*Mayvenn, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYVENN, INC.,<br><br>Defendant. | Case No.: 3:20-cv-03917-MMC<br><br>**DECLARATION OF ROBERT CHOI IN SUPPORT OF MAYVENN'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Hearing Date: April 8, 2022<br>Time: 9:00am<br>Courtroom: 7, 19th Floor<br><br>REDACTED |

I, Robert Choi, hereby declare as follows:

1. I am the Director of Data & Analytics at Mayvenn, Inc. ("Mayvenn") and am knowledgeable about Mayvenn's products, services, and programs. I have been employed by Mayvenn since October 2020. I submit this Declaration in support of Defendant's Motion for Summary Judgment. I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would testify competently thereto.

2. Mayvenn maintains records regarding its consumer programs in the ordinary course of its regularly conducted business. These records show that between February 4, 2020 and February 14, 2020, Mayvenn partnered with Anthony Cuts, a hair and makeup stylist based in Las Vegas, to give away two "Full Glam Makeovers and a weekend trip to Las Vegas for two" ("Sweepstakes"). A true and correct copy of the website page describing the Sweepstakes and the online form an entrant could complete to enter the sweepstakes is attached as **Exhibit A**. The prize, as described in the online submission process, included a Mayvenn Hair product of the winner's choice, a complementary install and style of the Mayvenn Hair, and a makeover for two. To enter the Sweepstakes, an entrant could complete and submit an online form accessible through Mayvenn's Instagram account. The online form included fields where each entrant could provide his or her first and last name, email address, and phone number to enter.

3. Mayvenn also maintains records regarding the Sweepstakes entries in the course of Mayvenn's regularly conducted business. These records show that upon submission of the form, Mayvenn's software captured the information submitted by each entrant and creates a record of that information at the time its systems receive the submission. The Sweepstakes submission software Mayvenn used also collected the Internet Protocol ("IP") address and location of the device used by the Sweepstakes entrant to submit the form. This security measure enabled Mayvenn to potentially identify any entrants attempting to submit multiple Sweepstakes entries in violation of the Sweepstakes rules.

4. The Rules applicable to the Sweepstakes and linked to the online form stated that "[b]y participating, [entrants] agree to be fully unconditionally bound by these Rules." The Rules further state that "[i]nformation submitted with an entry is subject to the Privacy Policy stated on

the Mayvenn Hair Web Site." A true and correct copy of the Sweepstakes rules is attached as **Exhibit B,** produced in this action as MAYVENN000008-10.

5. Attached as **Exhibit C** is a true and correct copy of Mayvenn's Privacy Policy that was available on Mayvenn's website and in effect from July 27, 2017 to September 17, 2021. This Privacy Policy, stated that an individual's personal information may be used to "send [] marketing communications that Mayvenn believe[s] may be of interest to [the individual]" and to "allow [the individual] to participate in sweepstakes, contests and similar promotions and to administer these activities."

6. Mayvenn's records indicate that on February 10, 2020, at 12:02 p.m., Plaintiff Lucine Trim ("Plaintiff") registered for the Sweepstakes via Instagram. Mayvenn's records show that the following information was entered into the online form submitted by the registrant:

- "Lucine Trim" as the first and last name;
- ███████████████████ as the email address; and
- "18184712347" as the phone number.

Attached as **Exhibit D** is a true and correct copy of Mayvenn's sweepstakes registration records associated with the phone number (818) 471-2347.

7. Mayvenn's records indicate that on February 14, 2020, Mayvenn notified the Plaintiff via text message that it had contacted the winner for the Sweepstakes and invited Plaintiff to stay tuned for the next giveaway. The end of this text message indicated that Plaintiff could reply STOP to opt out of receiving additional text messages. Mayvenn's records show that Plaintiff did not reply STOP in response to this message, and that she did not reply STOP until May 4, 2020, after Mayvenn had sent three additional text messages. No additional messages were sent from Mayvenn to Plaintiff after May 4, 2020. Attached as **Exhibit E** is a true and correct copy of the log of text messages Mayvenn exchanged with the phone number (818) 471-2347, produced in this action as MAYVENN000007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of January, 2022, at Dumont, New Jersey.

Dated: January 19, 2022

By: _____
       Robert Choi