# EXHIBIT C



LAST UPDATE: July 27, 2017

# MAYVENN PRIVACY POLICY

Mayvenn, Inc. ("Mayvenn") is concerned about privacy issues and wants you to be familiar with how we collect, use and disclose information. This Privacy Policy describes our practices in connection with information that we collect through websites operated by us from which you are accessing this Privacy Policy, including our community at blog.mayvenn.com and Mayvenn websites created by stylists through which you can purchase our products (collectively, the "Websites"), through our social media pages that we control from which you are accessing this Privacy Policy (collectively, our "Social Media Pages") as well as through HTML-formatted email messages that we send to you that link to this Privacy Policy (collectively, including the Websites and our Social Media Pages, the "Services"). By providing Personal Information to us, you agree to this Privacy Policy.

## PERSONAL INFORMATION

### Personal Information We May Collect

"Personal Information" is information that identifies you as an individual or relates to an identifiable person, including:

- Name
- Postal address (including billing and shipping addresses)
- Telephone number
- Email address
- Credit and debit card number or other financial account information
- Profile picture
- Social media account ID
- Social Security number

We may use a third-party payment service to process payments made through the Services. If you wish to make a payment through the Services, your Personal Information may be collected by such third party and not by us, and will be subject to the third party's privacy policy, rather than this Privacy Policy. We have no control over, and are not responsible for, this third party's collection, use and disclosure of your Personal Information.

If you submit any Personal Information relating to other people to us or to our service providers in connection with the Services, you represent that you have the authority to do so and to permit us to use the information in accordance with this Privacy Policy.

## How We May Collect Personal Information

We and our service providers may collect Personal Information in a variety of ways, including:

- Through the Services: We may collect Personal Information through the Services, e.g., when you create your own Mayvenn website, register for an account, make a purchase, or sign up for a newsletter.
- From Other Sources: We may receive your Personal Information from other sources, such as public databases, joint marketing partners, social media platforms (including from people with whom you are friends or otherwise connected) and from other third parties. In addition, if you elect to connect your social media account to your Website account, certain Personal Information from your social media account will be shared with us, which may include Personal Information that is part of your profile or your friends' profiles.

## How We May Use Personal Information

We and our service providers may use Personal Information:

- To respond to your inquiries and fulfill your requests, such as to send you newsletters.
- To send administrative information to you, for example, information regarding the Services or your own Mayvenn website (including information about sales, commissions and bonuses), and changes to our terms, conditions and policies.
- To complete and fulfill your purchase, for example, to process your payment, have your order delivered to you, communicate with you regarding your purchase and provide you with related customer service.
- To send you marketing communications that we believe may be of interest to you.
- In connection with tax-related materials and meeting our obligations relating to reporting income, including with respect to IRS Form 1099-MISC.
- To personalize your experience on the Services by presenting products and offers tailored to you.
- To allow you to participate in sweepstakes, contests and similar promotions and to administer these activities. Some of these activities have additional rules, which could contain additional information about how we use and disclose your Personal Information. We suggest that you read any such rules carefully.
- To facilitate social sharing functionality.
- To allow you to send messages to a friend through the Services. By using this functionality, you are telling us that you are entitled to provide us with your friend's name and email address.
- For our business purposes, such as data analysis, audits, fraud monitoring and prevention, developing new products, enhancing, improving or modifying our Services, identifying usage trends, determining the effectiveness of our promotional campaigns and operating and expanding our business activities.

# How Personal Information May Be Disclosed

Your Personal Information may be disclosed:

- To our service providers who provide services such as website hosting, data analysis, payment processing, order fulfillment, information technology and related infrastructure provision, customer service, email delivery, auditing and other services.
- To our partners that may provide you with offers and services, such as magazine subscriptions, and to other third parties to permit them to send you marketing communications, consistent with your choices.
- To stylists on whose Mayvenn websites you purchase our products.
- To third-party sponsors of sweepstakes, contests and similar promotions.
- In connection with tax-related materials and meeting our obligations relating to reporting income, including with respect to IRS Form 1099-MISC.
- To identify you to anyone to whom you send messages through the Services.
- By you, on message boards, chat, profile pages (including websites created by stylists) and blogs and other services to which you are able to post information and materials (including, without limitation, our Social Media Pages). Please note that any information you post or disclose through these services will become public and may be available to other users and the general public. We urge you to be very careful when deciding to disclose any information on the Services.
- To your friends associated with your social media account, to other website users and to your social media account provider, in connection with your social sharing activity, such as if you connect your social media account to your Services account or log-into your Services account from your social media account. By connecting your Services account and your social media account, you authorize us to share information with your social media account provider, and you understand that the use of the information we share will be governed by the social media site's privacy policy. If you do not want your Personal Information shared with other users or with your social media account provider, please do not connect your social media account with your Services account and do not participate in social sharing on the Services.
- To a third party in the event of any reorganization, merger, sale, joint venture, assignment, transfer or other disposition of all or any portion of our business, assets or stock (including in connection with any bankruptcy or similar proceedings).

# Other Uses and Disclosures

We also may use and disclose your Personal Information as we believe to be necessary or appropriate: (a) under applicable law, which may include laws outside your country of residence; (b) to respond to requests from courts, law enforcement agencies, regulatory agencies, and other public and government authorities, which may include such authorities outside your country of residence; (c) to enforce our terms and conditions; and (d) to protect our rights, privacy, safety or property, and/or that of our affiliates, you or others.

# OTHER INFORMATION

## Other Information We May Collect

"Other Information" is any information that does not reveal your specific identity or does not directly relate to an identifiable individual, such as:
- Browser and device information
- Information collected through cookies, pixel tags and other technologies
- Demographic information and other information provided by you
- Aggregated information

If we are required to treat Other Information as Personal Information under applicable law, then we may use it for the purposes for which we use and disclose Personal Information as detailed in this Policy.

## How We May Collect Other Information

We and our service providers may collect Other Information in a variety of ways, including:

- Through your browser or device: Certain information is collected by most browsers or automatically through your device, such as your Media Access Control (MAC) address, computer type (Windows or Macintosh), screen resolution, operating system name and version, device manufacturer and model, language, Internet browser type and version and the name and version of the Services you are using. We use this information for analytics and for improvements to the Services, and to ensure that the Services function properly.
- Using cookies: Cookies are pieces of information stored directly on the computer that you are using. Cookies allow us to collect information such as browser type, time spent on the Services, pages visited, language preferences, and other traffic data. If you provide us with an email address, we also will store this information in a cookie and may associate it with other information we collect using cookies. We and our service providers use the information for security purposes, to facilitate navigation, to display information more effectively, to personalize your experience while using the Services and to recognize your computer in order to assist your use of the Services. We also gather statistical information about use of the Services in order to continually improve their design and functionality, understand how they are used and assist us with resolving questions regarding them. Cookies further allow us to select which of our advertisements or offers are most likely to appeal to you and display them while you are on the Services or send them to you via email. We may also use cookies or other technologies to track responses to our online advertisements.

    If you do not want information collected through the use of cookies, there is a simple procedure in most browsers that allows you to automatically decline cookies or be given the choice of declining or accepting the transfer to your computer of a particular cookie (or cookies) from a particular site. You may also wish to refer to


6/15/2021 — Mayvenn – 100% virgin human hair–bundles, extensions and wigs — Case 3:20-cv-03917-MMC   Document 58-4   Filed 01/19/22   Page 6 of 10

http://www.allaboutcookies.org/manage-cookies/index.html. If, however, you do not accept cookies, you may experience some inconvenience in your use of the Services.

For example, we may not be able to recognize your computer, and you may need to log in every time you visit. You also may not receive advertising or other offers from us that are relevant to your interests and needs. Additional information about your choices regarding email marketing communications is provided below.

- Using pixel tags and other similar technologies: Pixel tags (also known as web beacons and clear GIFs) may be used in connection with some Services to, among other things, track the actions of users of the Services (including email recipients), measure the success of our marketing campaigns and compile statistics about usage of the Services and response rates.

We do not respond to browser do-not-track signals at this time.

- Analytics. We use Google Analytics, which uses cookies and similar technologies to collect and analyze information about use of the Services and report on activities and trends. This service may also collect information regarding the use of other websites, apps and online resources. You can learn about Google's practices by going to www.google.com/policies/privacy/partners/, and opt out of them by downloading the Google Analytics opt-out browser add-on, available at https://tools.google.com/dlpage/gaoptout.
- IP Address: Your IP address is a number that is automatically assigned to the computer that you are using by your Internet Service Provider (ISP). An IP address may be identified and logged automatically in our server log files whenever a user accesses the Services, along with the time of the visit and the page(s) that were visited. Collecting IP addresses is standard practice and is done automatically by many websites, applications and other services. We use IP addresses for purposes such as calculating usage levels and other analytics, diagnosing server problems, administering the Services, and fraud prevention. We may also derive your approximate location from your IP address.
- From you: Information such as your preferred means of communication is collected when you voluntarily provide it.
- By aggregating information: Aggregated Personal Information does not personally identify you or any other user of the Services (for example, we may aggregate Personal Information to calculate the percentage of our users who have a particular telephone area code).

## How We May Use and Disclose Other Information

We may use and disclose Other Information for any purpose, except where we are required to do otherwise under applicable law. In some instances, we may combine Other Information with Personal Information (such as combining your name with your location). If we do, we will treat the combined information as Personal Information as long as it is combined.

## THIRD PARTY SERVICES

This Privacy Policy does not address, and we are not responsible for, the privacy, information or other practices of any third parties, including any third party operating any site or service to which the Services link. The inclusion of a link on the Services does not imply endorsement of the linked site or service by us or by our affiliates.

In addition, we are not responsible for the information collection, use, disclosure or security policies or practices of other organizations, such as Facebook, Apple, Google, Microsoft, or any other social media platform provider, operating system provider, wireless service provider or device manufacturer, including with respect to any Personal Information you disclose to other organizations through or in connection with the Apps or our Social Media Pages.

# OUR ADVERTISING

We may use third-party advertising companies to serve advertisements regarding goods and services that may be of interest to you when you access and use the Services and other websites or online services, based on information relating to your access to and use of the Services and other websites or online services on any of your devices, as well as on information received from third parties. To do so, these companies may place or recognize a unique cookie on your browser (including through the use of pixel tags). They may also use these technologies, along with information they collect about your online use, to recognize you across the devices you use, such as a mobile phone and a laptop. If you would like more information about this practice, and to learn how to opt out of it in desktop and mobile browsers on the particular device on which you are accessing this Privacy Policy, please visit http://www.networkadvertising.org/managing/opt_out.asp and http://www.aboutads.info/.

# SECURITY

We seek to use reasonable organizational, technical and administrative measures to protect Personal Information within our organization. Unfortunately, no data transmission or storage system can be guaranteed to be 100% secure. If you have reason to believe that your interaction with us is no longer secure (for example, if you feel that the security of your account has been compromised), please immediately notify us in accordance with the "Contacting Us" section below.

# CHOICES AND ACCESS

## Your choices regarding our use of your Personal Information

We give you choices regarding our use of your Personal Information for marketing purposes. You may opt-out from:

- Receiving electronic communications from us: If you no longer want to receive marketing-related emails from us on a going-forward basis, you may opt-out by clicking on the opt-out link in any such email.
- Receiving communications from us via text message: If you no longer want to receive text messages from us on a going-forward basis, you can opt-out of receiving messages at a particular phone number by replying "STOP" to any such message you have received on the device associated with that phone number.

We will try to comply with your request(s) as soon as reasonably practicable. Please note that if you opt-out of receiving marketing-related emails from us, we may still send you important administrative messages, from which you cannot opt-out.

## California Residents: Your Privacy Rights

If you are a California resident and have provided Personal Information to us, you are entitled by California law to request information regarding certain categories of Personal Information we share with third parties for their direct marketing purposes. Your request should be submitted to:

> Mayvenn, Inc.
> ATTN: Privacy
> 1900 Powell St., 7th Floor WeWork
> Emeryville CA, 94608

This request may be made no more than once per calendar year, and we reserve our right not to respond to requests submitted other than as set forth in this section.

# USE OF SERVICES BY MINORS

The Services are not directed to individuals under the age of thirteen (13), and we request that they not provide Personal Information through the Services.

# JURISDICTION AND CROSS-BORDER TRANSFER

The Services are controlled and operated by us from the United States and are not intended to subject us to the laws or jurisdiction of any state, country or territory other than that of the United States. Your Personal Information may be stored and processed in any country where we have facilities or in which we engage service providers, and by using the Services you

we have facilities or in which we engage service providers, and by using the Services you consent to the transfer of information to countries outside of your country of residence, including the United States, which may have data protection rules that are different from those of your country. In certain circumstances, courts, law enforcement agencies, regulatory agencies or security authorities in those other countries may be entitled to access your personal information.

# SENSITIVE INFORMATION

Unless specifically requested or otherwise instructed (such as in connection with information provided for a 1099), we ask that you not send us, and you not disclose, any sensitive Personal Information (e.g., social security numbers, information related to racial or ethnic origin, political opinions, religion or other beliefs, health, biometrics or genetic characteristics, or criminal background) on or through the Services or otherwise to us.

# UPDATES TO THIS PRIVACY POLICY

We may change this Privacy Policy. The "LAST UPDATED" legend at the top of this page indicates when this Privacy Policy was last revised. Any changes will become effective when we post the revised Privacy Policy on the Services. Your use of the Services following these changes means that you accept the revised Privacy Policy.

# CONTACTING US

If you have any questions about this Privacy Policy, please contact us at help@mayvenn.com or at:

> Mayvenn, Inc.
> ATTN: Privacy
> 1900 Powell St., 7th Floor WeWork
> Emeryville CA, 94608

Because email communications are not always secure, please do not include credit card or other sensitive information in your emails to us.

# SHOP

Find a Stylist                                              Closures

Find a Stylist

Closures

Shop By Look

Frontals

Shop Bundle Sets

NEW Wigs

Hair Bundles

Hair Extensions

**CONTACT US**

1 (855) 287-6868    |    help@mayvenn.com

   

About                           Privacy                          CA Privacy Rights

Careers                         Terms

Contact                         Our Ads

Sign up to get the latest on sales, new releases and more…

Email address                                                                          SIGN UP

©2021 Mayvenn

MAYVENN000061