TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
MAYVENN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYVENN, INC.,<br><br>Defendant. | Case No.: 3:20-cv-03917-MMC<br><br>**DECLARATION OF MICHAEL BURSHTEYN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Maxine M. Chesney<br><br>Complaint Filed: June 15, 2020<br>Hearing Date:  April 8, 2022<br>Time:   9:00 am<br>Courtroom: 7, 19th Floor<br><br>REDACTED |

I, Michael Burshteyn, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Defendant Mayvenn, Inc. ("Mayvenn") in the above-captioned action. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I make this declaration in support of Defendant's Motion for Summary Judgment. I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would testify competently thereto.

2. Mayvenn took the deposition of Plaintiff Lucine Trim ("Trim" or "Plaintiff") on October 19, 2021. Attached as **Exhibit A** is a true and correct copy of excerpts from Ms. Trim's deposition transcript.

3. Attached as **Exhibit B** is a true and correct copy of Plaintiff's Response to Mayvenn's Second Set of Interrogatories. Plaintiff states in her responses that "[t]he Plaintiff was staying with her mother who resides at ███████, and the mother had ATT as her home internet provider." On December 8, 2021, counsel for Plaintiff confirmed via email that the address in Plaintiff's response was mis-typed, and the apartment number is ███████.

4. Attached as **Exhibit D**[1] is a true and correct copy of excerpts of records T-Mobile produced in this action reflecting Plaintiff's account activity.

5. Attached as **Exhibit E** is a true and correct copy of screenshots, captured under my direction, of hair-related Instagram posts from the account with the username Coconutqueen123456, which Plaintiff testified is her username for Instagram

6. Attached as **Exhibit F** is a true and correct copy of screenshots, captured under my direction, of a public Facebook video post that references Plaintiff's cell phone number as a business number. The video is accessible at the following link: https://www.facebook.com/watch/?v=855831165211507, which I last visited on January 19, 2022.

---

[1] There is no Exhibit C attached to this Declaration.

7. Attached as **Exhibit G** are true and correct copies of complaints alleging violations of the Telephone Consumer Protection Act in which Plaintiff Lucine Trim (also known as Lucine Alsuliman and Lucine Miridjanian) was a proposed class representative.

8. Attached as **Exhibit H** is a true and correct copy of subpoenas issued by Mayvenn to AT&T and T-Mobile in this action.

9. Attached as **Exhibit I** is a true and correct copy of the account records produced by AT&T in response to a subpoena issued by Mayvenn. On January 3, 2022, a representative from AT&T informed me over the phone that it does not regularly preserve IP addresses for more than a year for certain types of accounts, including the account held by Plaintiff's mother, and therefore, AT&T did not have records of IP addresses that were associated with Plaintiff's mother's account in February 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of January, 2022, at Orinda, California.

Dated:       January 19, 2022            TIFFANY CHEUNG
                                          MICHAEL BURSHTEYN
                                          MORRISON & FOERSTER LLP

                                          By: _____
                                              MICHAEL BURSHTEYN

                                          Attorneys for Defendant
                                          MAYVENN, INC.