# EXHIBIT E

| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "@graceblackhair Thank you for always fixing me and my hair!" |
| Capture URL: | https://www.instagram.com/p/CQKmIg6nAlp/ |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:38:55 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:39:02 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 378ec2ff-1990-473f-89e1-7756a699fe7d |
| User: | mofo-adjukic |



Document title: Lucy Luna on Instagram: "@graceblackhair Thank you for always fixing me and my hair!"
Capture URL: https://www.instagram.com/p/CQKmIg6nAIp/
Capture timestamp (UTC): Wed, 15 Dec 2021 22:39:02 GMT

Page Vault

| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "@graceblackhair Thank you for making me blonde! Whoop whoop! Now I can have more fun! ☐   ❤❤❤❤" |
| Capture URL: | https://www.instagram.com/p/CM7gekTHrKJ/ |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:39:17 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:39:25 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 69edc630-6af5-407a-917a-03817e5abab5 |
| User: | mofo-adjukic |





| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "@graceblackhair Thank you for making my life better and turning me into a blonde! ❤" |
| Capture URL: | https://www.instagram.com/p/CL52arfHWbY/ |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:39:38 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:39:47 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | b7d582c0-d439-43f4-93c9-276e8e02a83c |
| User: | mofo-adjukic |

PDF REFERENCE #:        dvZbm5NtRN3b7Yj2iqeKb5



**coconutqueen123456** • Follow

**coconutqueen123456** @graceblackhair Thank you for making my life better and turning me into a blonde! ❤️

41w

**graceblackhair** What a baaabeeee 🤣🤣🤣🤣

41w

⎯ View replies (1)

**16 likes**

MARCH 2

Comments on this post have been limited.

Document title: Lucy Luna on Instagram: "@graceblackhair Thank you for making my life better and turning me into a blonde! ❤️"
Capture URL: https://www.instagram.com/p/CL52arfHWbY/
Capture timestamp (UTC): Wed, 15 Dec 2021 22:39:47 GMT

| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "Thank you so much @graceblackhair for making me look perfect! □  " |
| Capture URL: | https://www.instagram.com/p/CFVhgLknYEW/ |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:40:06 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:40:14 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 66f6333f-8b4a-40ad-9e40-da255000b658 |
| User: | mofo-adjukic |



Document title: Lucy Luna on Instagram: "Thank you so much @graceblackhair for making me look perfect! □    "
Capture URL: https://www.instagram.com/p/CFVhgLknYEW/
Capture timestamp (UTC): Wed, 15 Dec 2021 22:40:14 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "@graceblackhair I am missing you! Look at those gray hairs! ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☺" |
| Capture URL: | https://www.instagram.com/p/B_AuALynwip/ |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:40:37 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:40:43 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | fc587a80-3c68-4f4b-9768-7952067ae9f3 |
| User: | mofo-adjukic |



Document title: Lucy Luna on Instagram: "@graceblackhair I am missing you! Look at those gray hairs! ☐   ☐   ☐   ☐   ☐   ☐   ☐   ☐   ☺"
Capture URL: https://www.instagram.com/p/B_AuALynwip/
Capture timestamp (UTC): Wed, 15 Dec 2021 22:40:43 GMT

| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "I love my hair! Thank you @graceblackhair" |
| Capture URL: | https://www.instagram.com/p/ByeYX--HNXY/ |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:40:58 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:41:07 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 56ef741c-8975-4516-9a58-f5ada833be1e |
| User: | mofo-adjukic |

PDF REFERENCE #:        3HYstwdByS94eoedfribF5



Document title: Lucy Luna on Instagram: "I love my hair! Thank you @graceblackhair"
Capture URL: https://www.instagram.com/p/ByeYX--HNXY/
Capture timestamp (UTC): Wed, 15 Dec 2021 22:41:07 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "Omg slide to see my Keratin treatment! @graceblackhair Thank you for fixing my hair! ♥ Guys Keratin treatment is the best!" |
| Capture URL: | https://www.instagram.com/p/CGwmdl3n-5r/ |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:41:59 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:42:06 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 8653f307-f68d-413c-b061-055a63068ad5 |
| User: | mofo-adjukic |

PDF REFERENCE #:         sfnBKk4pLuTYT3PdBhBn7s



🔒 Page Vault

| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "Love my hair! Go to @graceblackhair" |
| Capture URL: | https://www.instagram.com/p/B7fE5tDHc_p/?utm_medium=copy_link |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:44:20 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:44:28 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | c570a24e-670d-483c-832d-c90b93eae126 |
| User: | mofo-adjukic |

PDF REFERENCE #:       uvtQrJz2nqEQsnztg7gRGv



coconutqueen123456 · Follow

coconutqueen123456 Love my hair! Go to @graceblackhair
99w

charmmed2 Wow so nice!
99w

13 likes

JANUARY 19, 2020

Comments on this post have been limited.

Page Vault

| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "Fun with Ava! □    " |
| Capture URL: | https://www.instagram.com/p/CPUggzhHbHS/ |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:45:52 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:46:00 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 211f1df1-a3cb-42ea-9651-9e139eb69075 |
| User: | mofo-adjukic |

PDF REFERENCE #:        1Rvg8t9jhkHJdphecBKXtV



Page Vault

| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "When @graceblackhair makes my hair look amazing! #nofilter#nomakeup#proudtobe40 @nourishe your products make me look younger! Love it!" |
| Capture URL: | https://www.instagram.com/p/B9xZFYJnBYV/?utm_medium=copy_link |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:46:36 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:46:44 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 1ca9e6cb-8927-49f1-8c67-63e62f31f36b |
| User: | mofo-adjukic |

PDF REFERENCE #:          wnZSpxTwATiLo6HqiTGSww



coconutqueen123456 • Follow

coconutqueen123456 When @graceblackhair makes my hair look amazing! #nofilter#nomakeup#proudtobe40 @nourishe your products make me look younger! Love it!

91w

18 likes

MARCH 15, 2020

Comments on this post have been limited.

Document title: Lucy Luna on Instagram: "When @graceblackhair makes my hair look amazing! #nofilter#nomakeup#proudtobe40 @nourishe your products make me…
Capture URL: https://www.instagram.com/p/B9xZFYJnBYV/?utm_medium=copy_link
Capture timestamp (UTC): Wed, 15 Dec 2021 22:46:44 GMT

| | |
|---|---|
| Document title: | Lucy Luna on Instagram: "Just received my Valentine's Day gift for myself! @nourishe so excited" |
| Capture URL: | https://www.instagram.com/p/B8u8XaVHRo1/ |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 22:45:30 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 22:45:38 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | d31cf06f-4474-4f6c-8230-48b4ac0a24b5 |
| User: | mofo-adjukic |

PDF REFERENCE #:    bjUxyCDDTCmdYC16E2fG9D



*Instagram*

coconutqueen123456 • Follow

coconutqueen123456 Just received my Valentine's Day gift for myself! @nourishe so excited

95w

imcamerachey Ooo yay way to show some love to yourself 🧡💋

95w

nourishe 🌿🌸🍃🌺💐

94w

7 likes

FEBRUARY 19, 2020

Comments on this post have been limited.

Document title: Lucy Luna on Instagram: "Just received my Valentine's Day gift for myself! @nourishe so excited"
Capture URL: https://www.instagram.com/p/B8u8XaVHRo1/
Capture timestamp (UTC): Wed, 15 Dec 2021 22:45:38 GMT

Page 1 of 1