# EXHIBIT F

PageVault

| | |
|---|---|
| Document title: | Facebook Watch |
| Capture URL: | https://m.facebook.com/watch/?v=855831165211507#_=_ |
| Page loaded at (UTC): | Fri, 03 Dec 2021 18:00:41 GMT |
| Capture timestamp (UTC): | Fri, 03 Dec 2021 18:01:03 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 438b5939-60b2-4c10-a73d-50f6c8b57f4e |
| User: | mofo-adjukic |



Search

All Lubed Up ft. Lucy Luna

**All Lubed Up Show** · Follow
January 22 at 10:41 AM

On this week's episode of All Lubed Up Show, hosts Ryan Daniel McCrobie & Tori Titus-McCrobie are talking all about merchant tips & Valentine's Day! They discuss:

Hot Off the (Sex)press – Nordstrom's got a self-love popup shop with all inclusive lingerie and pleasure products.

V-Day Countdown – store display spotlights and what toys have been selling this season.

Guest: Lucy Luna from Impact Merchant Solutions is giving you the tips you need to save money on making money in your pleasure business. Email her at lucy@impactmerchantsolutions.com or call her 818-471-2347

Comment below and let us know your thoughts! We are LIVE every Thursday 6pm PT on P3 and SPAM Facebook pages.

Like Comment Share

**Adriano Gatto ▸ Arte bellezza e fantasia** 😘😘😘 · Follow
September 29 at 11:00 PM

Document title: Facebook Watch
Capture URL: https://m.facebook.com/watch/?v=855831165211507#_=_
Capture timestamp (UTC): Fri, 03 Dec 2021 18:01:03 GMT
Page 1 of 4

Well I think he is hungry
182K
5.2K Comments 21K Shares
Like
Share
To request to participate, update your app or use the new Facebook on a computer.
Mini Sasane ▸ Dogs Are Family · Follow
June 4, 2020 at 9:34 AM ·
Made me cry ..

To request to participate, update your app or use the new Facebook on a computer.

**Mini Sasane** ▸ **Dogs Are Family** · Follow
June 4, 2020 at 9:34 AM

Made me cry ..

Tiktok @fluff_and_puff

Lorraine Marie T. Badoy and 93K others 2.8K Comments 85K Shares

Like Share

To request to participate, update your app or use the new Facebook on a computer.

**The Beatles** · Follow
November 27 at 12:00 PM

Document title: Facebook Watch
Capture URL: https://m.facebook.com/watch/?v=855831165211507#_=_
Capture timestamp (UTC): Fri, 03 Dec 2021 18:01:03 GMT
Page 3 of 4

Lorraine Marie T. Badoy and 98K others 2.8K Comments 85K Shares

Like Share

To request to participate, update your app or use the new Facebook on a computer.

**The Beatles** · Follow
November 27 at 12:00 PM ·

Peter Jackson gives us a look inside the process of making The Beatles: Get Back.... More

GEORGE HARRISON
I'll play whatever you want me to play,

Miro Zbirka and 23K others 791 Comments 3.1K Shares

Like Comment Share

**Wasu Shah ▸ Wasu Video** · Follow
November 25 at 1:05 PM ·

When the cup lifts, the CAKE becomes PERFECTLY COLORFUL!

Document title: Facebook Watch
Capture URL: https://m.facebook.com/watch/?v=855831165211507#_=_
Capture timestamp (UTC): Fri, 03 Dec 2021 18:01:03 GMT
Page 4 of 4

PageVault

| | |
|---|---|
| Document title: | All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna \| Facebook |
| Capture URL: | https://www.facebook.com/andnowheretogo/videos/855831165211507/ |
| Page loaded at (UTC): | Fri, 14 Jan 2022 23:59:29 GMT |
| Capture timestamp (UTC): | Sat, 15 Jan 2022 00:02:03 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | fb984f5a-5e8b-4790-8b70-dfd19080a28a |
| User: | mofo-adjukic |



Document title: All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna | Facebook
Capture URL: https://www.facebook.com/andnowheretogo/videos/855831165211507/
Capture timestamp (UTC): Sat, 15 Jan 2022 00:02:03 GMT

Page Vault

| | |
|---|---|
| Document title: | All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna \| Facebook |
| Capture URL: | https://www.facebook.com/andnowheretogo/videos/855831165211507/ |
| Page loaded at (UTC): | Fri, 14 Jan 2022 23:59:29 GMT |
| Capture timestamp (UTC): | Sat, 15 Jan 2022 00:03:47 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | b0b82603-0152-4f41-8d5b-8afa01c03e83 |
| User: | mofo-adjukic |



facebook
Email or phone
Password
Log In
Forgot Account?
Watch
Home
Live
Music
Shows
Explore
Saved Videos
Your Watchlist
Search videos
Luna from Impact Merchants Solutions. Hi well. Thank you
Lucy Luna – Impact Merchant Solutions
25:35 / 46:59
Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna
Like
Comment
Share
5 · 117 Views
All Lubed Up Show
January 22, 2021
Follow
On this week's episode of All Lubed Up Show, hosts Ryan Daniel McCrobie & Tori Titus-McCrobie are talking all about merchant tips & Valentine's Day! They discuss:
Hot Off the (Sex)press – Nordstrom's got a self-love popup shop with all inclusive lingerie and pleasure products.
V-Day Countdown – store display spotlights and what toys have been selling this season.
Guest: Lucy Luna from Impact Merchant Solutions is giving you the tips you need to save money on making money in your pleasure business. Email her at lucy@impactmerchantsolutions.com or call her 818-471-2347
Comment below and let us know your thoughts! We are LIVE every Thursday 6pm PT on P3 and SPAM Facebook pages.
See less
Related Videos
All lubed up
JO
Home
Live

Document title: All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna | Facebook
Capture URL: https://www.facebook.com/andnowheretogo/videos/855831165211507/
Capture timestamp (UTC): Sat, 15 Jan 2022 00:03:47 GMT
Page 1 of 1

PageVault

| | |
|---|---|
| Document title: | All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna \| Facebook |
| Capture URL: | https://www.facebook.com/andnowheretogo/videos/855831165211507/ |
| Page loaded at (UTC): | Fri, 14 Jan 2022 23:59:29 GMT |
| Capture timestamp (UTC): | Sat, 15 Jan 2022 00:05:22 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 0a265120-8222-4e6e-8e0c-2fc2ade76f5e |
| User: | mofo-adjukic |

facebook Email or phone Password Log In Forgot Account?

Watch Home Live Music Shows Explore Saved Videos Your Watchlist Search videos

**Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna**

Like Comment Share 5 · 117 Views

All Lubed Up Show
January 22, 2021 ·

Follow

On this week's episode of **All Lubed Up Show**, hosts Ryan Daniel McCrobie & Tori Titus-McCrobie are talking all about merchant tips & Valentine's Day! They discuss:

Hot Off the (Sex)press – Nordstrom's got a self-love popup shop with all inclusive lingerie and pleasure products.

V-Day Countdown – store display spotlights and what toys have been selling this season.

Guest: Lucy Luna from Impact Merchant Solutions is giving you the tips you need to save money on making money in your pleasure business. Email her at lucy@impactmerchantsolutions.com or call her 818-471-2347

Comment below and let us know your thoughts! We are LIVE every Thursday 6pm PT on P3 and SPAM Facebook pages.

See less

**Related Videos**

Home Live

Document title: All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna | Facebook
Capture URL: https://www.facebook.com/andnowheretogo/videos/855831165211507/
Capture timestamp (UTC): Sat, 15 Jan 2022 00:05:22 GMT

PageVault

| | |
|---|---|
| Document title: | All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna \| Facebook |
| Capture URL: | https://www.facebook.com/andnowheretogo/videos/855831165211507/ |
| Page loaded at (UTC): | Fri, 14 Jan 2022 23:59:29 GMT |
| Capture timestamp (UTC): | Sat, 15 Jan 2022 00:05:39 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 7a6e02f7-8dd5-44e8-a5ca-ea7c137e6310 |
| User: | mofo-adjukic |



Document title: All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna | Facebook
Capture URL: https://www.facebook.com/andnowheretogo/videos/855831165211507/
Capture timestamp (UTC): Sat, 15 Jan 2022 00:05:39 GMT

Page Vault

| | |
|---|---|
| Document title: | All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna \| Facebook |
| Capture URL: | https://www.facebook.com/andnowheretogo/videos/855831165211507/ |
| Page loaded at (UTC): | Fri, 14 Jan 2022 23:59:29 GMT |
| Capture timestamp (UTC): | Sat, 15 Jan 2022 00:06:00 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 6a1db784-a082-4e43-8cad-b3c12d9e1fe0 |
| User: | mofo-adjukic |



Document title: All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna | Facebook
Capture URL: https://www.facebook.com/andnowheretogo/videos/855831165211507/
Capture timestamp (UTC): Sat, 15 Jan 2022 00:06:00 GMT

PageVault

| | |
|---|---|
| Document title: | All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna \| Facebook |
| Capture URL: | https://www.facebook.com/andnowheretogo/videos/855831165211507/ |
| Page loaded at (UTC): | Fri, 14 Jan 2022 23:59:29 GMT |
| Capture timestamp (UTC): | Sat, 15 Jan 2022 00:06:21 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | f70ebf71-844e-4588-bd6b-17e5238224e8 |
| User: | mofo-adjukic |



facebook
Email or phone
Password
Log In
Forgot Account?
Watch
Home
Live
Music
Shows
Explore
Saved Videos
Your Watchlist
Search videos
Ryan
Tori
can text or call whatever you prefer. Well, we might have to
45:10 / 46:59
Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna
Like
Comment
Share
5 · 117 Views
All Lubed Up Show
January 22, 2021 ·
Follow
On this week's episode of All Lubed Up Show, hosts Ryan Daniel McCrobie & Tori Titus-McCrobie are talking all about merchant tips & Valentine's Day! They discuss:
Hot Off the (Sex)press – Nordstrom's got a self-love popup shop with all inclusive lingerie and pleasure products.
V-Day Countdown – store display spotlights and what toys have been selling this season.
Guest: Lucy Luna from Impact Merchant Solutions is giving you the tips you need to save money on making money in your pleasure business. Email her at lucy@impactmerchantsolutions.com or call her 818-471-2347
Comment below and let us know your thoughts! We are LIVE every Thursday 6pm PT on P3 and SPAM Facebook pages.
See less
Related Videos
All lubed up
JO
Home
Live

Document title: All Lubed Up Show - Ep. 6 – All Lubed Up for Merchant Solutions ft. Lucy Luna | Facebook
Capture URL: https://www.facebook.com/andnowheretogo/videos/855831165211507/
Capture timestamp (UTC): Sat, 15 Jan 2022 00:06:21 GMT
Page 1 of 1