Rachel E. Kaufman (csb# 259353)
rachel@kaufmanpa.com
Kaufman P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff Lucine Trim and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAYVENN, INC.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-03917-MMC<br><br>**DECLARATION OF RACHEL E. KAUFMAN IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Maxine M. Chesney<br>Complaint filed: June 15, 2020<br>Hearing Date: April 8, 2022<br>Time: 9:00 am<br>Courtroom: 7, 19th Floor |

　　　　I, Rachel Kaufman, hereby declare as follows:

　　　　1.　　I am an attorney with the law firm of Kaufman P.A., counsel for Plaintiff Lucine Trim in this action. I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would testify competently thereto.

　　　　2.　　I submit this declaration in support of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment.

　　　　3.　　Attached as Exhibit 1 is a true and correct copy of excerpts from Plaintiff Lucine Trim's October 19, 2021 deposition.

　　　　I declare under penalty of perjury under the laws of the United States of America that the

1 | foregoing is true and correct.
2 |
3 | Dated: February 16, 2022          By: */s/Rachel E. Kaufman*
4 |                                        Rachel E. Kaufman
  |                                        KAUFMAN P.A.
5 |                                        *Attorney for Plaintiff and the Proposed Class*

# EXHIBIT 1

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                SAN FRANCISCO DIVISION
4                       ---oOo---
5   LUCINE TRIM,
6           Plaintiff,
7        vs.                  No. 3:20-cv-03917-MMC
8   MAYVENN, INC.,
9           Defendant.
10  _____/
11
12
13
14        REMOTE VIDEOTAPED DEPOSITION OF
15                   LUCINE TRIM
16  _____
17          TUESDAY, OCTOBER 19, 2021
18
19
20
21  REPORTED BY:
22  HOLLY THUMAN, CSR No. 6834, RMR, CRR
23  JOB NUMBER 4842947
24
25  PAGES 1 - 192
```

Page 1

| | | |
|---|---|---|
| 1 | North Hollywood where you're living, or are you | 10:07:56 |
| 2 | renting? | 10:07:59 |
| 3 |     A.  No.  I'm renting. | 10:08:00 |
| 4 |     Q.  Okay.  Does anyone live with you? | 10:08:01 |
| 5 |     A.  Yes.  My mom. | 10:08:06 |
| 6 |     Q.  And how long has your mom lived with you; | 10:08:08 |
| 7 | for the entire three years you've been there? | 10:08:10 |
| 8 |     A.  Yes, that's correct.  Entire three years. | 10:08:16 |
| 9 |     Q.  What is your mother's name? | 10:08:18 |
| 10 |     A.  Ovsanna Miridjanian.  I can spell it for | 10:08:22 |
| 11 | you. | 10:08:26 |
| 12 |     O-V as in Victor, S as in Sam, A-N-N-A, | 10:08:29 |
| 13 | and then last name is Miridjanian.  It's M as in | 10:08:34 |
| 14 | Mary, I-R-I-D as in dog, J-A-N-I-A-N. | 10:08:38 |
| 15 |     Q.  When you were living in Van Nuys, did | 10:08:50 |
| 16 | anyone live with you? | 10:08:52 |
| 17 |     A.  Yes.  My husband at the time, Husam. | 10:08:55 |
| 18 |     Q.  And did anyone else live with you other | 10:09:00 |
| 19 | than Husam? | 10:09:02 |
| 20 |     A.  No. | 10:09:06 |
| 21 |     Q.  Do you currently use a cell phone? | 10:09:08 |
| 22 |     A.  Yes, I do. | 10:09:12 |
| 23 |     Q.  What is your cell phone number? | 10:09:14 |
| 24 |     A.  818-471-2347. | 10:09:17 |
| 25 |     Q.  How long have you used that cell phone | 10:09:27 |

```
 1   number?                                                      10:09:28
 2       A.  Oh, God.  It's been over ten years.                  10:09:30
 3       Q.  Okay.  During those ten years, have you              10:09:40
 4   used any other cell phone number?                            10:09:42
 5       A.  I -- I have used a different phone and a             10:09:47
 6   different cell phone number.  It was a work phone.           10:09:52
 7       Q.  Okay.  What was the other cell phone                 10:09:55
 8   number that you used?                                        10:09:57
 9       A.  I don't recall at this time.                         10:09:59
10       Q.  When did you use that cell phone number?             10:10:02
11       A.  I used it about four years ago.                      10:10:06
12       Q.  How long did you use that number?                    10:10:12
13       A.  Probably approximately, like, six months.            10:10:17
14       Q.  Okay.  Have you used any other cell phone            10:10:26
15   number other than the 818 number you just gave me            10:10:28
16   and the work cell phone that you used four years             10:10:32
17   ago?                                                         10:10:34
18       A.  I don't recall at this -- well, actually,            10:10:36
19   yes.  Like, 20 -- over 20 years ago, I had a                 10:10:38
20   different cell phone number.                                 10:10:42
21       Q.  Okay.  Have you ever used two phone                  10:10:44
22   numbers at the same time?                                    10:10:52
23           So it sounds like you did use the work               10:10:53
24   number and the 818 number at the same time?                  10:10:56
25       A.  Yes, that's correct.                                 10:10:58
```

Veritext Legal Solutions
866 299-5127

|   |   |   |
|---|---|---|
| 1 | A. It's -- correct. It's full time. | 10:17:55 |
| 2 | Q. And you are not currently using a -- a | 10:17:57 |
| 3 | different phone number for work? | 10:18:00 |
| 4 | A. Yes. That's -- well, I have two numbers. | 10:18:03 |
| 5 | I use my cell phone number, and then I | 10:18:07 |
| 6 | have a RingCentral phone number, so I use both. | 10:18:09 |
| 7 | Q. And what's the other phone number that you | 10:18:14 |
| 8 | use for work? | 10:18:15 |
| 9 | A. 805-917-6762. | 10:18:18 |
| 10 | Q. Who is your current cell phone carrier? | 10:18:28 |
| 11 | A. T-Mobile. | 10:18:33 |
| 12 | Q. How long have you subscribed to T-Mobile? | 10:18:34 |
| 13 | A. T-Mobile has been approximately | 10:18:38 |
| 14 | three years. | 10:18:42 |
| 15 | Q. And what type of cell phone do you have? | 10:18:46 |
| 16 | A. An iPhone. | 10:18:50 |
| 17 | Q. Do you know what model? | 10:18:52 |
| 18 | A. iPhone 11. | 10:18:55 |
| 19 | Q. How long have you had this phone? | 10:18:57 |
| 20 | A. This phone number, I've had -- this phone, | 10:19:00 |
| 21 | sorry, I've had for three years. | 10:19:02 |
| 22 | Q. Okay. So about the same time you've been | 10:19:05 |
| 23 | a T-Mobile subscriber? | 10:19:10 |
| 24 | A. Yes. | 10:19:12 |
| 25 | Q. Have you used any other cell phone for the | 10:19:15 |

Page 30

```
 1  Mayvenn?                                                          11:12:05
 2       A.   The reason I'm filing this lawsuit against              11:12:08
 3  Mayvenn is because the messages that I received was               11:12:12
 4  harmful to me and my livelihood.                                  11:12:17
 5       Q.   Okay.  How did it harm your livelihood?                 11:12:21
 6       A.   Well, as you know, you know, I'm in sales.              11:12:26
 7  And in sales, the way I make my actual money is by                11:12:29
 8  residual income.  Residual income is when you                     11:12:35
 9  actually receive monthly residuals every month.                   11:12:39
10            And what happened is, during an important               11:12:44
11  phone call on my cell phone, I received this text                 11:12:47
12  message.  And in the middle of going over a                       11:12:50
13  proposal -- a proposal is numbers that I have to go               11:12:54
14  over with a company so they sign on with me that                  11:12:59
15  shows the savings.                                                11:13:02
16            So when I received that text message, I                 11:13:03
17  lost my train of thought.  It was very                            11:13:05
18  unprofessional, and I -- I lost the sale.                         11:13:09
19            And my livelihood is -- if I don't make                 11:13:13
20  money, I can't pay my rent.  I can't take care of                 11:13:16
21  my mom because I actually support her.                            11:13:19
22       Q.   Who was the client that you were talking                11:13:24
23  to?                                                               11:13:26
24       A.   Who is the client?                                      11:13:27
25       Q.   Right.                                                  11:13:28
```

|   |   |   |
|---|---|---|
| 1 |       And then the second one that came through, | 11:19:55 |
| 2 | I sent it to them also. | 11:19:57 |
| 3 |   Q.  The same day? | 11:19:59 |
| 4 |   A.  The same day as the day I got the text | 11:20:01 |
| 5 | message, correct. | 11:20:05 |
| 6 |   Q.  Do you regularly send text messages to | 11:20:07 |
| 7 | your attorneys? | 11:20:09 |
| 8 |   A.  No. | 11:20:12 |
| 9 |     MS. KELLY:  Object to the form of the | 11:20:13 |
| 10 | question. | 11:20:13 |
| 11 | BY MS. CHEUNG: | 11:20:13 |
| 12 |   Q.  Have you sent other text messages to your | 11:20:14 |
| 13 | attorneys other than the ones that Mayvenn -- that | 11:20:15 |
| 14 | you received from Mayvenn? | 11:20:18 |
| 15 |   A.  Yes.  I have. | 11:20:21 |
| 16 |   Q.  Okay.  And when do you send text messages | 11:20:22 |
| 17 | to your attorneys? | 11:20:24 |
| 18 |   A.  What do you mean by that question? | 11:20:29 |
| 19 |     What do you mean, "when"? | 11:20:31 |
| 20 |   Q.  Well, do you send all the text messages | 11:20:34 |
| 21 | you receive to your attorneys? | 11:20:36 |
| 22 |   A.  No. | 11:20:39 |
| 23 |     MS. KELLY:  Object to the form of the | 11:20:39 |
| 24 | question. | 11:20:40 |
| 25 |     THE WITNESS:  Not always. | 11:20:40 |

Page 65

| | | |
|---|---|---|
| 1 | A. I -- it was a different company, yes. | 11:24:02 |
| 2 | Q. Okay. Which company? | 11:24:04 |
| 3 | A. I -- I don't recall. | 11:24:07 |
| 4 | Q. Were there many different companies who | 11:24:09 |
| 5 | have sent you text messages that you then forwarded | 11:24:13 |
| 6 | to Mr. Heidarpour? | 11:24:15 |
| 7 | MS. KELLY: Object to the form. | 11:24:18 |
| 8 | THE WITNESS: What do you mean by "many"? | 11:24:18 |
| 9 | BY MS. CHEUNG: | 11:24:21 |
| 10 | Q. Well, I'm just trying to figure out how | 11:24:21 |
| 11 | many. | 11:24:23 |
| 12 | How many different companies -- | 11:24:24 |
| 13 | A. Oh, okay, because you said "many." | 11:24:26 |
| 14 | Q. How many different companies -- | 11:24:28 |
| 15 | A. I don't -- okay. Approximately, maybe -- | 11:24:29 |
| 16 | maybe it was, like, two. | 11:24:34 |
| 17 | Q. Okay. And -- | 11:24:35 |
| 18 | A. Two other ones. | 11:24:37 |
| 19 | Q. Two other ones where you forwarded text | 11:24:38 |
| 20 | messages to Mr. Heidarpour? | 11:24:40 |
| 21 | A. Exactly. Correct. | 11:24:42 |
| 22 | Q. And which were -- which companies sent you | 11:24:45 |
| 23 | those messages? | 11:24:50 |
| 24 | A. I -- I don't recall at this time. I don't | 11:24:51 |
| 25 | remember. Yeah, I don't recall. | 11:24:53 |

Page 69

| | | |
|---|---|---|
| 1 | computer phone. | 11:33:35 |
| 2 | Q.  Okay. | 11:33:36 |
| 3 | A.  It's like an app on the computer. | 11:33:37 |
| 4 | Q.  And do you generally use that phone number | 11:33:40 |
| 5 | when you're at the office and placing sales calls? | 11:33:43 |
| 6 | A.  No. | 11:33:49 |
| 7 | Q.  Okay.  When do you use the RingCentral | 11:33:51 |
| 8 | phone as opposed to your cell phone? | 11:33:53 |
| 9 | A.  That's for customer service calls. | 11:33:57 |
| 10 | Q.  What do you mean by that? | 11:34:01 |
| 11 | A.  So when a sale -- like, let's say I close | 11:34:04 |
| 12 | a sale -- I give them that other number for when, | 11:34:09 |
| 13 | let's say, we need to set up a terminal or a | 11:34:16 |
| 14 | virtual terminal.  They call me on that phone so I | 11:34:19 |
| 15 | can differentiate between a sales call and then a | 11:34:24 |
| 16 | customer service call. | 11:34:27 |
| 17 | Q.  So the sales calls are only -- you only | 11:34:29 |
| 18 | use your cell phone? | 11:34:31 |
| 19 | A.  That's correct.  Yes. | 11:34:33 |
| 20 | Q.  And does your company then pay for your | 11:34:35 |
| 21 | cell phone so that you can use it for work? | 11:34:37 |
| 22 | A.  No. | 11:34:39 |
| 23 | Q.  Your company doesn't pay any portion of | 11:34:46 |
| 24 | your cell phone bill, even though you're using it | 11:34:47 |
| 25 | for work? | 11:34:51 |

Page 77

| | | |
|---|---|---|
| 1 | A. No. | 11:44:43 |
| 2 | Q. Have you ever shopped for wigs? | 11:44:45 |
| 3 | A. No. | 11:44:51 |
| 4 | Q. Have you ever heard of Anthony Cuts? | 11:45:02 |
| 5 | A. Anthony Cuts? Yes, I have. | 11:45:06 |
| 6 | Q. And how did you hear about Anthony Cuts? | 11:45:12 |
| 7 | A. God, I don't know. I think I saw an ad or | 11:45:21 |
| 8 | something. I recognize the name. | 11:45:24 |
| 9 | Q. How did you first hear about Mayvenn? | 11:45:35 |
| 10 | A. I never -- the first time I heard about | 11:45:43 |
| 11 | Mayvenn was from this text message that I got. | 11:45:48 |
| 12 | Q. Have you ever visited Mayvenn's website? | 11:45:51 |
| 13 | A. Well, when I got the text message, I | 11:45:55 |
| 14 | clicked on it -- | 11:45:56 |
| 15 | Q. Was that the first -- | 11:46:00 |
| 16 | A. -- to see what it was. | 11:46:02 |
| 17 | Q. And was that the first time you had | 11:46:03 |
| 18 | visited Mayvenn's website? | 11:46:05 |
| 19 | A. Yes. | 11:46:07 |
| 20 | Q. Have you ever seen Mayvenn post on | 11:46:15 |
| 21 | Instagram? | 11:46:18 |
| 22 | A. No. | 11:46:18 |
| 23 | Q. And you've never seen Mayvenn post on | 11:46:20 |
| 24 | Facebook? | 11:46:23 |
| 25 | A. No. | 11:46:26 |

Page 85

| | | |
|---|---|---|
| 1 | BY MS. CHEUNG: | 11:59:34 |
| 2 | Q.  Okay.  It's about noon.  So -- and we've | 11:59:36 |
| 3 | been going for about an hour. | 11:59:41 |
| 4 | Why don't we go off the record. | 11:59:44 |
| 5 | THE VIDEO OPERATOR:  We're going off the | 11:59:47 |
| 6 | record.  The time is 11:59 A.M., and this is the | 11:59:48 |
| 7 | end of Media Unit Number 5. | 11:59:52 |
| 8 | (Recess from 11:59 A.M. to 12:31 P.M.) | 11:59:54 |
| 9 | --o0o-- | 12:16:14 |
| 10 | AFTERNOON SESSION | 12:16:14 |
| 11 | THE VIDEO OPERATOR:  Okay.  We're going | 12:31:34 |
| 12 | back on the record.  The time is 12:31 P.M., and | 12:31:35 |
| 13 | this is the start of Media Unit Number 6. | 12:31:38 |
| 14 | BY MS. CHEUNG: | 12:31:42 |
| 15 | Q.  Have you ever signed up for a sweepstakes | 12:31:45 |
| 16 | or contest offered by Mayvenn? | 12:31:48 |
| 17 | A.  No. | 12:31:52 |
| 18 | Q.  Have you ever signed up for a sweepstakes | 12:31:54 |
| 19 | offered by Anthony Cuts? | 12:31:58 |
| 20 | A.  No. | 12:32:03 |
| 21 | Q.  Have you ever entered into a sweepstakes | 12:32:06 |
| 22 | to win a free trip to Vegas? | 12:32:08 |
| 23 | A.  No. | 12:32:11 |
| 24 | Q.  Let's mark an exhibit. | 12:32:28 |
| 25 | Do you have access to Exhibit Share? | 12:32:47 |

Page 97

| | | |
|---|---|---|
| 1 | refreshing. | 12:34:57 |
| 2 |     Do you see it, Ms. Trim, Exhibit 1? | 12:35:04 |
| 3 | A.  I do.  But I can't see the full -- | 12:35:07 |
| 4 |     MS. KELLY:  I see the Exhibit 1 -- 001. | 12:35:11 |
| 5 | BY MS. CHEUNG: | 12:35:15 |
| 6 | Q.  You may need to minimize the Zoom to see | 12:35:16 |
| 7 | it.  Is that -- is that what you're having trouble | 12:35:20 |
| 8 | with because you're on one screen? | 12:35:23 |
| 9 | A.  Yes. | 12:35:25 |
| 10 | Q.  Okay.  Are -- oh.  Are you able to | 12:35:27 |
| 11 | minimize your Zoom? | 12:35:30 |
| 12 | A.  Yes.  It's minimized, but the paperwork, I | 12:35:32 |
| 13 | can't -- I'm not able to -- like I -- hold on. | 12:35:35 |
| 14 | Like, I can -- Zoom is minimized, but -- this is | 12:35:44 |
| 15 | minimized, but I can't see the full screen.  Like, | 12:35:49 |
| 16 | the full -- oh, here.  I think this should work. | 12:35:53 |
| 17 | Give me a second. | 12:35:57 |
| 18 |     Okay.  I fixed it.  I can see it now. | 12:36:00 |
| 19 | Q.  Okay.  Great.  Once you've had a chance to | 12:36:04 |
| 20 | look through Exhibit 1, just let me know when | 12:36:07 |
| 21 | you're done. | 12:36:10 |
| 22 |     And the question is:  Have you ever seen | 12:36:11 |
| 23 | this Instagram post? | 12:36:16 |
| 24 | A.  No, I have not. | 12:36:54 |
| 25 | Q.  Okay.  You've never seen a post like this | 12:36:55 |

Page 99

| | | |
|---|---|---|
| 1 | about a Mayvenn sweepstakes? | 12:36:58 |
| 2 | MS. KELLY: Object to the form of the | 12:37:02 |
| 3 | question. | 12:37:02 |
| 4 | MS. CHEUNG: Go ahead and put that exhibit | 12:37:03 |
| 5 | aside, and we're going to mark another exhibit as | 12:37:16 |
| 6 | Exhibit 2. | 12:37:23 |
| 7 | (Deposition Exhibit 2 was marked for | 12:37:27 |
| 8 | identification.) | 12:37:29 |
| 9 | BY MS. CHEUNG: | 12:37:46 |
| 10 | Q. And you may need to back out and refresh | 12:37:47 |
| 11 | your folder. | 12:37:49 |
| 12 | A. Okay. I'm refreshing. | 12:37:50 |
| 13 | I refreshed, but it's only Exhibit 1. | 12:38:11 |
| 14 | MS. KELLY: Yeah, same here. | 12:38:13 |
| 15 | BY MS. CHEUNG: | 12:38:15 |
| 16 | Q. It should be there now. | 12:38:16 |
| 17 | A. Okay. Let me refresh again. | 12:38:19 |
| 18 | MS. KELLY: I got it. | 12:38:25 |
| 19 | BY MS. CHEUNG: | 12:38:34 |
| 20 | Q. Okay. We've marked as Exhibit 2 -- | 12:38:34 |
| 21 | A. It's still refreshing. | 12:38:37 |
| 22 | Q. Okay. Let me know when you have Exhibit 2 | 12:38:39 |
| 23 | up. | 12:38:42 |
| 24 | A. Okay. There. Let me open it up now. | 12:39:08 |
| 25 | Q. Okay. And Exhibit 2 is a post with the | 12:39:11 |

Page 100

| | | |
|---|---|---|
| 1 | title "Mayvenn Hair and Anthony Cuts." | 12:39:15 |
| 2 | Do you see that? | 12:39:19 |
| 3 | A.  Yes. | 12:39:21 |
| 4 | Q.  Have you ever seen this post before? | 12:39:24 |
| 5 | A.  No. | 12:39:29 |
| 6 | Q.  Okay.  But you see that this is a post for | 12:39:30 |
| 7 | a sweepstakes to win a full glam makeover and a | 12:39:35 |
| 8 | weekend trip to Vegas for you and a friend? | 12:39:39 |
| 9 | A.  Yes, I see that. | 12:39:44 |
| 10 | Q.  Okay.  Would you have been interested in | 12:39:46 |
| 11 | entering a sweepstakes for a makeover? | 12:39:51 |
| 12 | Have you had a makeover before? | 12:39:55 |
| 13 | MS. KELLY:  Object to the form of the | 12:39:57 |
| 14 | question. | 12:39:58 |
| 15 | THE WITNESS:  Which question are you | 12:40:02 |
| 16 | asking me?  You just asked me two questions. | 12:40:03 |
| 17 | BY MS. CHEUNG: | 12:40:05 |
| 18 | Q.  Yeah, would you -- well, let me start with | 12:40:06 |
| 19 | have you had a makeover before? | 12:40:08 |
| 20 | A.  When you say "makeover," by, like, a | 12:40:12 |
| 21 | company or something, or what do you mean by | 12:40:15 |
| 22 | "makeover"? | 12:40:17 |
| 23 | Q.  Sure, yeah.  A makeover by a company. | 12:40:19 |
| 24 | A.  No. | 12:40:21 |
| 25 | Q.  Okay.  Would you have been interested in | 12:40:22 |

Page 101

| | | |
|---|---|---|
| 1 | says that you are the owner (user) of a phone | 13:07:53 |
| 2 | number that begins (818) 471. | 13:07:57 |
| 3 |     Do you see that? | 13:08:00 |
| 4 |     A.  Yes. | 13:08:01 |
| 5 |     Q.  Okay.  What's the full phone number? | 13:08:01 |
| 6 | Because in this paragraph, it only provides a | 13:08:05 |
| 7 | partial phone number. | 13:08:08 |
| 8 |     A.  It's 818-471-2347. | 13:08:10 |
| 9 |     Q.  And that's the phone number that you are | 13:08:16 |
| 10 | claiming received the text messages at issue from | 13:08:18 |
| 11 | Mayvenn? | 13:08:21 |
| 12 |     A.  Yes. | 13:08:22 |
| 13 |     Q.  Are you the subscriber to that phone | 13:08:25 |
| 14 | number? | 13:08:29 |
| 15 |     A.  What do you mean by "subscriber"? | 13:08:30 |
| 16 |     Q.  Do you pay for the cell phone bills -- | 13:08:33 |
| 17 |     A.  Yes. | 13:08:35 |
| 18 |     Q.  -- at that number? | 13:08:36 |
| 19 |     A.  Yes. | 13:08:39 |
| 20 |     Q.  Are the bills addressed to you? | 13:08:39 |
| 21 |     A.  Yes. | 13:08:42 |
| 22 |     Q.  Are you on an account that includes other | 13:08:44 |
| 23 | people other than you? | 13:08:47 |
| 24 |     A.  Yes. | 13:08:50 |
| 25 |     Q.  Who else is included in your cell phone | 13:08:51 |

Veritext Legal Solutions
866 299-5127