| | |
|---|---|
| 1 | Rachel E. Kaufman (CSB# 259353) |
| 2 | rachel@kaufmanpa.com<br>Kaufman P.A. |
| 3 | 237 S. Dixie Hwy, 4th Floor<br>Coral Gables, FL 33133 |
| 4 | Telephone: (305) 469-5881 |
| 5 | *Attorney for Plaintiff Lucine Trim and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAYVENN, INC.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-03917-MMC<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL**<br><br>**JUDGE: HON. MAXINE M. CHESNEY** |

　　　Plaintiff Lucine Trim and Defendant Mayvenn, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs.

　　　So Stipulated.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 15, 2023　　　　　　　　By: */s/ Rachel E. Kaufman*
　　　　　　　　　　　　　　　　　　　　　Rachel E. Kaufman
　　　　　　　　　　　　　　　　　　　　　KAUFMAN P.A.
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff and the Proposed Class*

|   |   |
|---|---|
| | By: */s/ Tiffany Cheung* |
| | TIFFANY CHEUNG (CA SBN 211497) |
| | TCheung@mofo.com |
| | MICHAEL BURSHTEYN (CA SBN 295320) |
| | MBurshteyn@mofo.com |
| | MORRISON & FOERSTER |
| | 425 Market Street |
| | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| | |
| | *Attorneys for Defendant* |

**ECF ATTESTATION**

I, Rachel E. Kaufman, attest that concurrence in this filing has been obtained from the signatories above. *See* L.R. 5-1(h)(3).

Dated:      February 15, 2023            By: *s/ Rachel E. Kaufman*

PURSUANT TO STIPULATION, IT IS ORDERED.

Dated: February 21, 2023

Maxine M. Chesney
United States District Judge

Stipulation and ~~Proposed~~ Order
Case No. 3:20-cv-03917-MMC